# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2015

## NO. 03-14-00670-CV

**Mary E. Allen, Appellant**

**v.**

**Wells Branch Self Storage, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on October 16, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.